# PLAINTIFF'S EXHIBIT A
## Plaintiff's Consumer Installment Loan Agreement, Excerpt

| Loan No: 1039942<br>Application Date: 3/21/2022<br>This is the date you signed and submitted this application to the lender. | CONSUMER INSTALLMENT LOAN AGREEMENT | Effective Date: 3/22/2022<br>Maturity Date: 02/24/2023 |
|---|---|---|

**THIS AGREEMENT SHALL NOT CONSTITUTE A 'NEGOTIABLE INSTRUMENT'**

| Lender's Name: Biboon, LLC., DBA Bridge Lending Solutions<br>Address: PO Box 481<br>City, State, Zip: Lac du Flambeau, WI 54538<br>Phone: 866-572-0720 | Borrower's Name: Chapman Ryan<br>Borrower's ID: 708925 |
|---|---|

In this Consumer Loan Agreement ("Loan Agreement"), the words "you," "your," and "I" mean the borrower who has signed this agreement. The words "we", "us" and "our" mean Biboon,LLC., DBA Bridge Lending Solutions ("Lender" or "Bridge Lending Solutions") an entity owned by a Federally Recognized Native American Tribe, Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin ("Tribe").
"Loan" means this consumer installment loan.

**CONSENT TO ELECTRONIC COMMUNICATIONS:** The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced hereby (the "Consent"). By electronically signing this Loan Agreement below, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records. You agree: Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Loan Agreement, this Consent, the Truth in Lending disclosures set forth herein, change-in-terms notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, applicable state mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by sending it to you by e-mail, or by posting the information at our web site as permitted by applicable law.

We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at: Bridge Lending Solutions, a Tribal LLC,PO Box 481, Lac du Flambeau, WI 54538 or by calling us at 866-572-0720. You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change. In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Netscape 4.7+ and above and Microsoft Internet Explorer 5.01+ and above support this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). We do not provide ISP services. You must have your own Internet Service Provider. We may amend (add to, delete or change) the terms of this consent to electronic disclosure by providing you with advance notice, in accordance with applicable law. Your signature below is an electronic signature that is fully enforceable against you in accordance with the terms of this Agreement. By electronically signing this Loan Agreement below, you are confirming that: (1) your system meets the requirements set forth above; (2) you agree to receive Communications electronically; and (3) you are able to access and print or store information presented at this website.

☑ By checking this box, you hereby agree to the terms of this Consent to Electronic Communications.

**YOUR ELECTRONIC SIGNATURE:** You acknowledge and agree that when you type your name in the indicated boxes on this document, you are providing your electronic signature on this document. By electronically signing this document, you are agreeing to all the terms and conditions set forth in the Agreement, and certifying that all information you have provided in connection with this transaction is complete and accurate. You agree that your electronic signature shall have the same force and effect, and shall bind you to this Agreement in the same manner and to the true extent as a physical signature would do, in accordance with the Electronic Signatures in Global and National Commerce Act ("ESIGN") to the extent applicable. You also agree that this Agreement and all related documents are electronic records and that, as such, they may be transferred, authenticated, stored, and transmitted by electronic means.

**TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Maximum Amount of Total Payment |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 720.66% | $1,947.50 | $450.00 | $2,397.50 |

Your Payment Schedule (The "Payment Schedule") will be:

| Number of Payments | Amount of Payments | Due Date |
|---|---|---|
| 1 | $125.00 | April 8, 2022 |
| 2 | $135.00 | April 22, 2022 |
| 3 | $135.00 | May 6, 2022 |
| 4 | $135.00 | May 20, 2022 |
| 5 | $157.50 | June 3, 2022 |
| 6 | $150.75 | June 17, 2022 |
| 7 | $144.00 | July 1, 2022 |
| 8 | $137.25 | July 15, 2022 |
| 9 | $130.50 | July 29, 2022 |
| 10 | $123.75 | August 12, 2022 |
| 11 | $117.00 | August 26, 2022 |
| 12 | $110.25 | September 9, 2022 |
| 13 | $103.50 | September 23, 2022 |
| 14 | $96.75 | October 7, 2022 |

## PLAINTIFF'S EXHIBIT B
## Mr. Chapman's Clarity Consumer Disclosure, October 25, 2022, Excerpt

### Clarity Report for CHAPMAN, RYAN

10/25/2022

**Consumer**

Name
CHAPMAN, RYAN

Address
[redacted]

Reference Number
[redacted]

**Notices**

Enclosed is a copy of your Clarity Credit Report and/or Clarity Credit Score, a "Summary of Your Rights Under the Fair Credit Reporting Act", and any applicable state rights for you. Below you can find links to help you read and understand this document.

If you wish to dispute information contained in your report, please call us to explain your dispute. You may also provide additional documentation to support your dispute, but it is not required. If you requested your Clarity Credit Report, but not your Clarity Credit Score, you may request and obtain a Clarity Credit Score.

OFAC score and flag values are derived from information maintained by the Office of Foreign Assets Control, a division of the U.S. Department of Treasury. Social Security Pre-Randomization and Deceased values are derived from information maintained by the Social Security Administration.

The latest information on how to read your Clarity consumer file disclosure can be found at:

https://consumersupport.clarityservices.com/how_to_read_report

The latest information on how to read your Clarity Credit Score can be found at:

https://consumersupport.clarityservices.com/how_to_read_score

Disclaimer: This consumer report may contain personally identifiable information, and may be used only in accordance with all regulatory guidelines.
©2009 - 2022 Clarity Services Inc. All Rights Reserved.

## PLAINTIFF'S EXHIBIT B
## Mr. Chapman's Clarity Consumer Disclosure, October 25, 2022, Excerpt

### Account #7

**Consumer**

| | | | |
|---|---|---|---|
| Name: | CHAPMAN, RYAN | Date of Birth: | [redacted] |
| Address: | [redacted] | | |
| Bank Routing Number: | [redacted] | Bank Account Number: | [redacted] |
| Phone Number: | [redacted] | | |

**Current**

| | | | |
|---|---|---|---|
| Account #: | XXX9942 | Company: | Bridge Lending Solutions/Insight/Rivo |
| Account Type: | Online Installment Loan | Credit Limit: | |
| Ownership: | Individual | Current Loan Amount: | $450 |
| Number of Payments: | 24 | Current Balance: | $570 |
| Payment Frequency: | Biweekly Only | Past Due: | $570 |
| Open Date: | 3/22/2022 | Actual Payment: | |
| First Due Date: | 4/8/2022 | Next Payment Amount: | $1,140 |
| Last Update Date: | 8/30/2022 | Status: | Collections |
| Delinquency Date: | 8/16/2022 | Closed Date: | |
| Payment History: | #1000000000 | Closed Status: | |
| Comment: | | | |
| Consumer Dispute: | | | |

**Historical**

| | | | |
|---|---|---|---|
| Original Account Type: | Online Installment Loan | Original Loan Amount: | $450 |
| First Payment Date: | 4/8/2022 | First On-Time Payment Date: | 4/8/2022 |
| Last Payment Date: | 8/26/2022 | Last On-Time Payment Date: | 8/12/2022 |
| Total Late Payments: | 1 | Collections (#): | 1 |
| Amount of Late Payments: | $570 | Total Collections: | $570 |
| Total Days Late: | 70 | Days in Collections: | 56 |
| Longest Late Payment: | 70 | Last Collection Date: | |
| Charged Off Date: | | Worst Payment Status: | Collections |
| Charge Off Amount: | | First Closed Date: | |

Page 8 of 33

Page **22** of **23**

**PLAINTIFF'S EXHIBIT C**
**Bridgelendingsolution.com IP Address**



Page **23** of **23**