UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RYAN CHAPMAN,**

   *Plaintiff,*

**v.**     **Case No: 8:23-cv-00028-SDM-AAS**

**BIBOON, LLC, et al.,**

   *Defendants.*

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT BIBOON, LLC**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Biboon, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Biboon, LLC from this case with prejudice.

Respectfully submitted on March 29, 2023.

>  */s/ Bryan J. Geiger*
>  Bryan J. Geiger
>  Florida Bar Number: 119168
>  Seraph Legal, P. A.
>  1614 N. 19th St.
>  Tampa, FL 33605
>  (813) 321-2348
>  BGeiger@SeraphLegal.com
>  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 29, 2023 a copy of foregoing was filed via the CM/ECF System and served via email to Drew O'Malley, domalley@spencerfane.com, counsel for Biboon.

                                        */s/ Bryan J. Geiger*
                                        Bryan J. Geiger, Esq.
                                        FL Bar # 119168